# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2024

JEFFREY P. COLWELL
CLERK
_____

Kiki Jackson Lombard , Plaintiff,

v.

Denver Basic Income Project

White House legal STAFF

kAmila Harris , Defendant(s).

---

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.    I am unable to pay such fees or give security therefor.

2.    I am entitled to redress.

3.    The nature of this action is:

keep returning mail
at certain sites

(Rev. 10/01/12)

4.  My assets and their value are listed below:  (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    _____ NO _____

    _____

5.  Are you in imminent danger of serious physical injury?

    ___ Yes  _✓_No  (CHECK ONE).  If you answered yes, briefly explain your answer:

    _____

    _____

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.  Will

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.  Will

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  ___3 / 12___
          (Date)

                              _____
                              (Prisoner's Original Signature)

(Rev. 10/01/12)                    2

# CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: ___Kiki 548-956___

Signature of Authorized Prison Official: _____

Date: ___3/12_____

Grievance Denver Basic Income Project
Group A Consideration
18  245240

# DENVER SHERIFF DEPARTMENT
## INMATE GRIEVANCE FORM
### (Formulario de queja)

9/3/1982 - 522352713
Kiki Whitaker
720 252 6830

**NAME:** Eviden₍c₎e
(Nombre)
**CD#:**
**LOCATION:** Gmail Scal Bartl60
(Ubicación)     Gmail.com

Time stamp – Do not write in this area

**DATE AND TIME OF INCIDENT:** Package A Homeless
(Fecha y hora del incidente)
**STATEMENT DETAILING THE ACT OR CONDITION GIVING RISE TO THE GRIEVANCE:**
(Declaración detallando el acto o condición que da lugar a la queja)

Grant Group A 303 3054060/720
Federal Funding                                  -252 6830
Can I get a Homeless                   Kiki Whitaker
Amount                              Scalbartl6@gmail.com
     Call Kiki at
720 252 6830
   ( Homeless initiative Grant Program ) A Please(Group)
Sign me into Denver Basil Income
Project Group A
   Linder Kiki Whitaker - Lombard
     9/3/1982
   Squid  522 35 2713
Email Scalbartl6 @gmail.com

Please look This Up And Fund ME A Grant
**SPECIFIC REMEDY SOUGHT:**            AT
(Remedio específico inquirido)
   DBIP Colorado  720 252 6830
   Scalbartl6@gmail.com
And Alert me 121 calls
   And my cousin will Answer And by emails
**STAFF MEMBER ANSWER:**      I will call Back
(Respuesta por un miembro del personal)
   Number you leave For
DBIP Colorado
          "Group A For The Colorado
Homeless initiative Grant over To GroupA

| STAFF MEMBER ANSWERING | BADGE # / CIVILIAN # | DATE OF RESPONSE |
|---|---|---|
| (Contestador miembro del personal) | (Número de placa / insignia / Número de empleado civil) | (Fecha de la respuesta) |

**(IF MORE SPACE IS REQUIRED, ADDITIONAL PAPER MAY BE USED)**
(Si requiere más espacio, puede usar otra hoja adicional)

**DATE SUBMITTED:** _____  **INMATE'S SIGNATURE:** _____
(Fecha de envio)                    (Firma del recluso)
**RECEIVED BY:** _____                          **DATE RECEIVED:** _____
(Recibido por)      Print Name          Badge # / Civilian #   (Fecha recibida)

**ASSIGNED TO:** _____              **DATE:** _____
(Asignado a)                                (Fecha)

DSD 2015      COPIES WHITE ( JAIL RECORDS ) CANARY ( INMATE'S WITH ANSWER ) PINK ( INMATE'S IMMEDIATE )

Kiki Lombard Prison
**Denver Sheriff Department**
**P.O. Box 1108** County Jail
**Denver, CO 80201** 916 A702

24 E 702

Eu Dence) Franciers White House (Attorney)

3   856

to reduce SBP (colorado Abair
toreduce feaeral funding Package
white House Package)
00005-9856-54250-01P
(group / cry ecc)
(reduce DSIP

Attorney:
Clerk of office
Clerk © Office of Federal funding inc Package (Gaunters)

1600 Pennsylvania Avenue

Washington, D.C

2 0 500

NOT
**Legal Mail**

K. Kiki Patricia R Lombard Calbart Six

Prison ID 549856000

Po Box 1108 County Jail

Denver Colorado (24e -7827    (Evidence)
80201

24 e 702   Clerk or White House Attorney (plus a crim misconduct by judicial in Denver court)

Federal Funding Packages (unless process)

1600 Pennsylvania Avenue

Washington, D. C
20500

Write / Write + my timeless rules'; travelds in heartves

Ki Ki Menkarita, PR Combardw Jackson

**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

60 Qumy feel

Prison no
Rosewuw 548 b6c
548 856 Robin
246-702

**Legal Mail**

OFFICE OF Clerk
Clerk: United States District Court
901-19TH A 105 NewCase
Intake
Denver Colorado
80294-3589

US POSTAGE
ZIP 80204
$ 000.89°